**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

MAVRIX PHOTO, INC.

      Plaintiff,

v.

GUNAXIN MEDIA LLC,
1609 Highbridge Court
Hanover, Maryland 21076

Case No. 1:18-cv-3463

JURY TRIAL DEMANDED

<u>Serve on Resident Agent</u>:
Phillip Van Der Dossen
1609 Highbridge Court
Hanover, Maryland 21076

      Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff MAVRIX PHOTO, INC. by and through undersigned counsel, brings this Complaint against Defendant GUNAXIN MEDIA LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MAVRIX PHOTO, INC. ("MAVRIX"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Mavrix's original copyrighted works of authorship.

2. Mavrix is a Celebrity News Photo Agency with an online image database that licenses high-quality photographs of celebrities. Mavrix has over 25 years of experience in the specialized field of celebrity photography and represents hundreds of photographers whose work is regularly printed and aired in prestigious publications and media.

3. Defendant GUNAXIN MEDIA LLC ("GMLLC") is an online magazine that targets men focusing primarily on sports, humor, media, motors, gadgets, food, and travel.

4. Mavrix alleges that Gunaxin copied Mavrix's copyrighted Work from the internet in order to advertise, market and promote its business activities. Gunaxin committed the violations alleged in connection with Gunaxin's business for purposes of advertising and promoting sales to the public in the course and scope of Gunaxin's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Maryland.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Gunaxin Media LLC is a Maryland limited liability company with its principal place of business at 1609 Highbridge Court, Hanover, Maryland, 21076, and can be served by serving its Registered Agent, Philip Van Der Vossen, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2008, Mavrix created a photograph which is shown below and referred to herein as the "Work".



11.     Mavrix registered the Work with the Register of Copyrights on July 11, 2008 and was assigned the registration number VA 1-643-755. The Certificate of Registration is attached hereto as Exhibit 1.

12.     At all relevant times Mavrix was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13. Gunaxin has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Gunaxin copied the Work.

15. Gunaxin copied Mavrix's copyrighted Work without Mavrix's permission.

16. After Gunaxin copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its online magazine.

17. Gunaxin copied and distributed Mavrix's copyrighted Work in connection with Gunaxin's business for purposes of advertising and promoting Gunaxin's business, and in the course and scope of advertising and selling products and services.

18. Mavrix's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Gunaxin committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

20. Mavrix never gave Gunaxin permission or authority to copy, distribute or display the Work at issue in this case.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

21. Plaintiff incorporates the allegations of paragraphs 1 through 20 of this Complaint as if fully set forth herein.

22. Mavrix owns a valid copyright in the Work at issue in this case.

23. Mavrix registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

24. Gunaxin copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Mavrix's authorization in violation of 17 U.S.C. § 501.

25. Gunaxin performed the acts alleged in the course and scope of its business activities.

26. Mavrix has been damaged.

27. The harm caused to Mavrix has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Gunaxin that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

[SIGNATURES FOLLOW]

Respectfully submitted,

STRAVITZ LAW FIRM, PC

By: /s/ Eric N. Stravitz
Eric N. Stravitz (Bar No. 23610)
4300 Forbes Boulevard
Suite 100
Lanham, MD 20706
O: (240) 467-5741
F: (240) 467-5743
E: eric@stravitzlawfirm.com
*Counsel for Plaintiff Mavrix Photo, Inc.*

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury of all issues so triable.

s/ Eric N. Stravitz
Eric N. Stravitz (Bar No. 23610)