UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO.: 1:18-cv-03463-GLR

MAVRIX PHOTO, INC.,

    Plaintiff,

v.

GUNAXIN MEDIA LLC,

    Defendant.

## ORDER GRANTING DEFAULT JUDGMENT

This matter came before the Court by Plaintiff, Mavrix Photo, Inc.'s ("Plaintiff") motion for entry of a default judgment against defendant Gunaxin Media, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

**IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from any all use of the Photograph at issue this matter in violation of 17 U.S.C. §§ 501; it is

**FURTHER ORDERED** that Defendant shall pay $52,500 in statutory damages; it is

**FURTHER ORDERED** that Defendant shall pay $660.00 in costs; it is

**FURTHER ORDERED** that Defendant shall pay $5,162.50 in reasonable attorney fees; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED. 5/7/19

_____
George L. Russell, III
United States District Judge